UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LAWRENCE BRUCE, )
 )
      Plaintiff, )
 )
  v. ) Civil Action No. 02-0056 (JR)
 )
RICHARD E. HECKLINGER, )
United States Ambassador, )
et al., )
 )
      Defendants. )
_____)

### FEDERAL DEFENDANTS' MOTION TO DISMISS

Federal defendants[1] respectfully move, pursuant to Fed. R. Civ. P. 8(a)(1) and 12(b)(1), (2), (5) and (6), to dismiss this action. In support of this motion the Court is respectfully referred to the accompanying memorandum of points and

---

1 Pro se plaintiff's Complaint, which is 15 pages in length (each page is hand-numbered at the bottom), does not identify any defendant in this case. The Complaint does, however, include various separate sheets of paper which suggest that the following individuals and entities may be defendants in this case: Richard E. Hecklinger, U.S. Ambassador; Mitchell Scroggins, U.S. Vice Consul, United States Consulate; Eugenia Sidereas, Consulate Employee, United States Consulate American Citizen Services; Judy Rusch Dominguez, Consular Assistant, United States Consulate American Citizen Services; Jackie Buchanan, Consulate Employee, United States Consulate American Citizen Services; "Ethel," Consulate Employee, United States Consulate American Citizen Services; Marc Forino, Consulate Employee, United States Consulate American Citizen Services; Paul Meir; U.S. Assistant Consul, United States Consulate American Citizen Services; Commander Colonel Shapiro and U.S. Personnel JUSMAG-Thai Treaty, Bangkok, Thailand; and Post 1, United States Marine Guard and Command, United States Embassy and Consulate.