UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LAWRENCE BRUCE, )
)
               Plaintiff, )
)
v. )    Civil Action No. 1:02CV-00056
)
UNITED STATES CONSULATE, )
*et al.* )
               Defendants. )
_____)

## DECLARATION OF KEVIN M. GLEESON

I, Kevin M. Gleeson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Kevin M. Gleeson. I am an attorney-adviser in the Office of International Claims and Investment Disputes, Office of the Legal Adviser, U.S. Department of State. This office is responsible for monitoring all administrative tort claims that are filed against the Department of State. The facts set forth below are based upon my personal, first-hand knowledge, and I believe such facts to be true and correct.

2. In connection with this action and at the request of the United States Attorney's Office for the District of Columbia, I reviewed the records of the Department of State pertaining to the filing of administrative tort claims (which are a prerequisite to filing a lawsuit under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680). This review indicates that there is no record of plaintiff David Lawrence Bruce ever having filed an administrative tort claim with the Department of State.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 16, 2002.

KEVIN M. GLEESON